IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEAN CRAWFORD,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | **NO. 12-3415** |
| | : | |
| **CAROLYN W. COLVIN,** [1] | : | |
| **Acting Commissioner of** | : | |
| **Social Security Administration** | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** this   23rd  day of April, 2013, upon careful consideration of the plaintiff's brief and statement of issues in support of her request for review (Document #9), the defendant's response thereto (Document #10), and the plaintiff's reply (Document #11), and after independent review of the thorough and well-reasoned Report and Recommendation of M. Faith Angell, United States Magistrate Judge, and the plaintiff's Objections (Document #19), it is hereby ORDERED that:

1. The plaintiff's Objections are OVERRULED;[2]

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The relief requested in the plaintiff's brief and statement of issues in support of her request for review is DENIED;

4. JUDGMENT is entered in favor of the defendant and against the plaintiff.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is substituted for Michael J. Astrue as the defendant in this matter.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] After a *de novo* review, I agree with Judge Angell that the ALJ's determination of the plaintiff's residual functional capacity, the ALJ's credibility determinations, and the ALJ's determination at Step 5 of the five-step sequential evaluation process are supported by substantial evidence.